No. 90–1611. TRANSAMERICA OCCIDENTAL LIFE INSURANCE Co. *v.* KOIRE. Ct. App. Cal., 2d App. Dist. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Pacific Mut. Life Ins. Co.* v. *Haslip,* 499 U. S. 1 (1991).

No. 90–6522. PATTERSON *v.* SOUTH CAROLINA. Sup. Ct. S. C. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Hernandez* v. *New York, ante,* p. 352.

No. D–978. IN RE DISBARMENT OF MCCLURE. Disbarment entered. [For earlier order herein, see 499 U. S. 902.]

No. D–984. IN RE DISBARMENT OF FLINN. Disbarment entered. [For earlier order herein, see 499 U. S. 934.]

No. D–986. IN RE DISBARMENT OF ZAUBER. Disbarment entered. [For earlier order herein, see 499 U. S. 934.]

No. D–1002. IN RE DISBARMENT OF BRAZIL. It is ordered that Dan McCall Brazil, of Lufkin, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1003. IN RE DISBARMENT OF CAMPBELL. It is ordered that Darryl Glenn Campbell, of Houston, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1004. IN RE DISBARMENT OF LOONEY. It is ordered that Robert E. L. Looney, of Austin, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.